Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lashelle M. Martin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHELLE M. MARTIN, | ) Case No.: 5:13-cv-02392-SH |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 28 U.S.C. § 2412(d) AND COSTS |
| CAROLYN W. COLVIN, Acting | ) PURSUANT TO 28 U.S.C. § 1920 |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that fees in the amount of $3400 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: September 22, 2014

_____

THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Lashelle M. Martin